IN THE UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF NEBRASKA

| | |
|---|---|
| MARK RINGLAND,<br><br>    Plaintiff,<br><br>vs.<br><br>EIGHTH CIRCUIT COURT OF APPEALS FOR THE EIGHTH CIRCUIT,<br><br>    Defendant. | 8:23CV100<br><br>**MEMORANDUM AND ORDER** |

  On March 23, 2023, the Court ordered Plaintiff to pay the $402.00 filing and administrative fees or file a request for leave to proceed in forma pauperis within 30 days or face dismissal of this action. To date, Plaintiff has not paid the fees, submitted a request for leave to proceed in forma pauperis, or taken any other action in this matter.

  IT IS THEREFORE ORDERED that: This matter is dismissed without prejudice because Plaintiff failed to prosecute it diligently and failed to comply with this Court's orders. The Court will enter judgment by a separate document.

  Dated this 30th day of May, 2023.

                BY THE COURT:

                Joseph F. Bataillon
                Senior United States District Judge